CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2011

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **OTTLEY SMITH,** | ) | CASE NO. 7:11CV00455 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| **MR. HAROLD CLARKE, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(a); plaintiff's motion for interlocutory injunctive relief (ECF No. 2) and his requests for in forma pauperis status and appointment of counsel are **DENIED**; and this action is stricken from the active docket of the court.

ENTER: This _20th_ day of October, 2011.

_____
Chief United States District Judge