

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **OTTLEY SMITH,** | **CASE NO. 7:11CV00455** |
| Plaintiff, | |
| vs. | **FINAL ORDER** |
| **MR. HAROLD CLARKE, ET AL.,** | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(a); plaintiff's motion for interlocutory injunctive relief (ECF No. 2) and his requests for in forma pauperis status and appointment of counsel are **DENIED**; and this action is stricken from the active docket of the court.

**ENTER:** This 20th day of October, 2011.

/s/ Glen E. Conrad
Chief United States District Judge

Case 7:11-cv-00455-GEC-RSB   Document 6   Filed 10/20/11   Page 1 of 1   Pageid#: 33